CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAY 27 2010

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LARRY C. BOWMAN, | ) |
| Plaintiff, | ) |
| v. | ) |
| SELECTION MANAGEMENT SYSTEMS, INC., an Ohio Corporation | ) Civil Action No. 7:06-CV-00110 |
| Defendant/Third-Party Plaintiff | ) **ORDER** |
| v. | ) By: Hon. James C. Turk |
| TIMES-WORLD CORPORATION, d/b/a THE ROANOKE TIMES, | ) Senior United States District Judge |
| Third-Party Defendant | ) |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that Third-Party Defendant's Motion for Summary Judgment (Dkt. No. 73) is hereby **GRANTED**. The Clerk of Court is directed to send a copy of this Order to all counsel of record in this matter.

ENTER: This 27th day of May, 2010.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge