CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 2 8 2010

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

LARRY C. BOWMAN,                )
    Plaintiff,                 )    Civil Action No. 7:06CV00110
                               )
v.                             )    **FINAL ORDER as to TIMES-**
                               )    **WORLD CORPORATION**
SELECTION MANAGEMENT           )
SYSTEMS, INC., an Ohio Corporation, )
    Defendant/Third-Party Plaintiff )    By: Hon. James C. Turk
                               )    Senior United States District Judge
v.                             )
                               )
TIMES-WORLD CORPORATION d/b/a )
THE ROANOKE TIMES,             )
    Third-Party Defendant.      )

In accordance with the accompanying Memorandum Opinion, it is hereby

### ADJUDGED AND ORDERED

that Defendant's Motion to Dismiss the Second Third-Party Complaint (Dkt. No. 147) is

**GRANTED.** The Clerk of Court is directed to strike the matter from the Court's active

docket and to send a copy of this Final Order and accompanying Memorandum Opinion

to counsel of record for all parties. The Clerk is directed to remove Times-World

Corporation d/b/a/ Roanoke Times from the case caption.

**ENTER**: This 28th day of September, 2010.

_____
Senior United States District Judge